UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE MICHAEL RAY,<br><br>                Petitioner,<br><br>v.<br><br>MAGGIE MILER-STOUT,<br><br>                Respondent. | No. C09-5470 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    Petitioner's application to proceed *in forma pauperis* (Dkt. 6) is **DENIED**; and

(3)    the Clerk is directed to send directed to send copies of this Order to Petitioner.

DATED this 23rd day of September, 2009.

Ronald B. Leighton
United States District Judge

REPORT AND RECOMMENDATION - 1