UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE MICHAEL RAY,

                Petitioner,

v.

MAGGIE MILLER-STOUT,

                Respondent.

No. C09-5470 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's writ of habeas corpus (Dkt.1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE** as they are unexhausted and procedurally barred.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 18th day of December, 2009.

                */s/ Ronald B. Leighton*

                RONALD B. LEIGHTON
                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1