# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE MICHAEL RAY

v.

MAGGIE MILLER-STOUT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5470RBL/KLS

__     **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

Petitioner's writ of habeas corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE** as they are unexhausted and procedurally barred.

   December 21, 2009   
Date

   BRUCE RIFKIN   
Clerk

   *s/CM Gonzalez*   
Deputy Clerk